1028

[No. 15550-4-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE NOBLET, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00326-6, John E. Rutter, Jr., J., entered November 30, 1983. *Vacated* and *remanded* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 14769-2-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL S. GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00036-4, Herbert M. Stephens, J., entered May 14, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Swanson, J.

[No. 14800-1-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL E. BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 3341, Howard A. Patrick, J., entered May 22, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 14664-5-I. Division One. July 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER E. TRIPLETT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00680-0, Daniel T. Kershner, J., entered April 5, 1984. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Coleman and Grosse, JJ.